**Order entered May 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00912-CR

**DARIN RAMONE THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F12-58074-H**

## ORDER

The Court has before it appellant's letter regarding the *Anders* brief filed by counsel. The Court will treat the letter only as a request for additional time to file appellant's pro se response. We **GRANT** the request and **ORDER** appellant to file his response by **June 20, 2014**. If the response is not filed by that date, we will submit the appeal on the *Anders* brief alone.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Darin Thomas, TDCJ No. 1868038, 11034 Hwy 36, Brazoria, TX 77422.

/s/      DAVID EVANS
         JUSTICE